AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| BOBBY JOE HENDERSON | **(WO)** |
| | Case No.  1:04cr91-MEF-01 |
| | USM No. 09906-002 |
| | Matt David Schulz |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1 and 2   of the petition filed 1/25/12.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to participate in a drug testing and/or treatment program as directed by the probation officer | 01/06/2012 |
| 2 | Defendant failed to participate in a drug testing and/or treatment program as directed by the probation officer | 01/11/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0767

Defendant's Year of Birth:   1960

City and State of Defendant's Residence:
Kinston, AL

03/01/2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Mark E. Fuller,    U.S. District Judge
Name and Title of Judge

2 MARCH 2012
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: BOBBY JOE HENDERSON
CASE NUMBER: 1:04cr91-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Thirty Six (36) Months. The term of supervised release imposed on November 15, 2011 is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

1) Defendant be designated to a facility where intensive residential substance abuse treatment is available. 2) If available, Defendant be placed in a facility within the Bureau Of Prisons where he can receive the benefits of any vocational and educational programs in the Bureau of Prisons. 3) Defendant be designated to a facility as near Kinston, AL as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL